## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

S&G Janitschke, Inc., et al. v. Cottman Transmissions Systems, LLC, et al.
Civ. No. 05-2896 (DSD/SRN)

### CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, I caused the following document to be filed electronically with the Clerk of Court through ECF:

- **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS COTTMAN TRANSMISSION SYSTEMS, LLC AND ROSS ADVERTISING, INC.**

and that ECF will send an e-notice of the electronic filing to the following:

**Michael Dady**
Email: jmdady@dadygarner.com
Dady & Garner, PA

**Ronald K Gardner, Jr.**
Email: rkgardner@dadygarner.com
Dady & Garner, PA

**William S Fulton, Jr.**
Email: wfulton@dadygarner.com
Dady & Garner, PA

Dated:  February 27, 2006

FAEGRE & BENSON LLP

s/ William L. Killion
William L. Killion (#55700)
wkillion@faegre.com
Elizabeth L. Taylor (#108546)
etaylor@faegre.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000

M2:20778349.01

ATTORNEYS FOR DEFENDANTS