UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| S & G JANITSCHKE, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> COTTMAN TRANSMISSION ) <br> SYSTEMS, LLC, a Delaware limited ) <br> liability corporation; ROSS ) <br> ADVERTISING, INC., a Pennsylvania ) <br> corporation; Todd P. Leff, an individual, ) <br> ) <br> Defendants. ) | Civil No. 05-cv-2896 DSD/SRN <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS COTTMAN TRANSMISSION SYSTEMS, LLC AND ROSS ADVERTISING, INC.

Pursuant to Fed. R. Civ. P. 7.1, defendants Corporate Transmission Systems, LLC and Ross Advertising, Inc. make the following disclosures:

(a)     Cottman Transmission Systems, LLC and Ross Advertising, Inc. are both owned by the same parent corporation: Cottman Transmission Holdings, LLC.

(b)     No publicly-held corporation beneficially owns 10% or more of the stock of either Cottman Transmission Systems, LLC or Ross Advertising, Inc.

Dated:  March 1, 2006                **FAEGRE & BENSON LLP**

s/ William L. Killion
William L. Killion (#55700)
wkillion@faegre.com
Elizabeth L. Taylor (#108546)
etaylor@faegre.com
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000

M2:20778000.01

**ATTORNEYS FOR DEFENDANTS**